# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF RICHARD P.
SCHULZE, III, BAR NO. 5767.

No. 72821

**FILED**

SEP 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF REINSTATEMENT*

This is an automatic review of a Northern Nevada Disciplinary Board hearing panel's recommendation that suspended attorney Richard P. Schulze, III's petition for reinstatement be granted.

This court previously suspended Schulze for one year. *In re Discipline of Schulze*, Docket No. 68480 (Order of Suspension, Dec. 23, 2015). In that order, we required that Schulze pay the costs of the disciplinary proceeding and comply with SCR 115. The hearing panel found that Schulze has paid those costs and complied with SCR 115. Thus, the panel recommended that Schulze be reinstated to the practice of law in Nevada.

Based on our de novo review, we agree with the panel's conclusion that Schulze has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (requiring an attorney to demonstrate by "clear and convincing evidence that he or she has the moral qualifications, competency, and learning in law required for admission to practice law in this state" and that the attorney's "resumption of the practice of law will not be detrimental to the integrity and standing of the bar, to the administration of justice, or to the public interest"); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's

SUPREME COURT
OF
NEVADA

(O) 1947A

17-31227

recommendation that the petition be granted, but we place two conditions on Schulze's reinstatement. First, Schulze shall maintain legal malpractice insurance and provide quarterly proof of that insurance to the State Bar. Second, Schulze shall complete at least six hours of his annual CLE requirement in person for the next two years.

Accordingly, Richard P. Schulze, III is hereby reinstated to the practice of law in Nevada subject to the conditions indicated above. Schulze shall pay the costs of the reinstatement proceeding plus the costs of the transcript of the proceedings within 30 days of this order, if he has not done so already. *See* SCR 120.

It is so ORDERED.

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Chair, Northern Nevada Disciplinary Board
Lemons, Grundy & Eisenberg
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Office, U.S. Supreme Court